## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

GENE P. BONVILLAIN, ETC.                    CIVIL ACTION

VERSUS                                       NO. 09-3540
                                              c/w 09-3541
LOUISIANA LAND AND EXPLORATION              SECTION "C" 2
COMPANY, ETC., ET AL

### O R D E R

It having come to the Court's attention that the following cases are related to the

above cases:

**2:09-cv-05777-HGB-JCW Bonvillain v. Dimension Energy C.B. LLC et al**
**2:09-cv-05778-HGB-JCW Bonvillain v. Energy Properties, Inc. et al**
**2:09-cv-05779-HGB-JCW Bonvillain v. Energy XXI Gulf Coast, Inc. et al**
**2:09-cv-05780-HGB-JCW Bonvillain v. ExPert Oil & Gas, L.L.C. et al**
**2:09-cv-05781-HGB-JCW Bonvillain v. Forest Oil Corporation et al**
**2:09-cv-05782-HGB-JCW Bonvillain v. Hilcorp Energy Company et al**
**2:09-cv-05783-HGB-JCW Bonvillain v. Merit Energy Company, LLC et al**
**2:09-cv-05784-HGB-JCW Bonvillain v. Maritech Resources, Inc. et al**
**2:09-cv-05785-HGB-JCW Bonvillain v. LLOG Exploration Company LLC et al**
**2:09-cv-05786-HGB-JCW Bonvillain v. Helis Oil & Gas Company, L.L.C. et al**
**2:09-cv-05787-HGB-JCW Bonvillain v. Petroquest Energy, Inc. et al**
**2:09-cv-05788-HGB-JCW Bonvillain v. Palace Operating Company et al**
**2:09-cv-05789-HGB-JCW Bonvillain v. Meridian Resources & Exploration Corp. et al**
**2:09-cv-05790-HGB-JCW Bonvillain v. Apache Corporation et al**
**2:09-cv-05791-HGB-JCW Bonvillain v. Badger Oil Corporation et al**
**2:09-cv-05792-HGB-JCW Bonvillain v. Brammer Engineering, Inc. et al**
**2:09-cv-05793-HGB-JCW Bonvillain v. Stone Energy Corporation et al**
**2:09-cv-05794-HGB-JCW Bonvillain v. Tellus Operating Group, LLC et al**
**2:09-cv-05795-HGB-JCW Bonvillain v. Texas Petroleum Investment Company et al**
**2:09-cv-05796-HGB-JCW Bonvillain v. Wagner Oil Co. et al**
**2:09-cv-05797-HGB-JCW Bonvillain v. Renaissance Petroleum Company, LLC et al**
**2:09-cv-05798-HGB-JCW Bonvillain v. Rapiere Resources Company et al**
**2:09-cv-05799-HGB-JCW Bonvillain v. Phoenix Exploration Company, LP et al**
**2:09-cv-05800-HGB-JCW Bonvillain v. Petsec Energy, Inc. et al**
**2:09-cv-05801-HGB-JCW Bonvillain v. BTA Oil Producers, LLC et al**
**2:09-cv-05802-HGB-JCW Bonvillain v. Castex Energy Inc et al**
**2:09-cv-05803-HGB-JCW Bonvillain v. Chaparral Energy, LLC et al**
**2:09-cv-05804-HGB-JCW Bonvillain v. Cimarex Energy Company et al**
**2:09-cv-05805-HGB-JCW Bonvillain v. DESCO Oil Company et al**

Accordingly;

IT IS ORDERED that the above matters are hereby consolidated.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents.

New Orleans, Louisiana, this 25th day of August 2009.


HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE