**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GENE P. BONVILLAIN, in his capacity as** | * | **Civ. No. 09-3540; C(2)** |
| **ASSESSOR for the PARISH OF TERREBONNE,** | | **and other consolidated cases** |
| **STATE OF LOUISIANA,** | * | |
| | | **Re: Civ. No. 09-5791; C(2)** |
| **Plaintiff** | * | |
| | | |
| **v.** | * | |
| | | |
| **LOUISIANA LAND & EXPLORATION CO., an** | * | |
| **entity organized under the laws of a state other** | | **JURY TRIAL** |
| **than Louisiana and a wholly owned subsidiary** | * | **DEMANDED** |
| **of CONOCOPHILLIPS, a Delaware Corporation,** | | |
| **DONNA K. LAURENCE, and NANCY DePAUL,** | * | |
| | | |
| **Defendants** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

<u>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF WITHOUT A COURT**</u>
<u>**ORDER PURSUANT TO RULE 41 (a)(1)(A)(i)**</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gene Bonvillain,

in his capacity as Assessor for the Parish of Terrebonne, State of Louisiana, and files this

Voluntary Dismissal pursuant to Rule  41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

dismissing this action against Badger Oil Corp.,  an entity organized under the laws of a state

other than Louisiana, and C. P. Hilliard, without prejudice.  Counsel shows that Plaintiff has

not been served with either an Answer or Motion for Summary Judgment, or any other

motions.

     This Voluntary Dismissal applies only to Civil Action No. 09-5791 and none of the other

consolidated cases in this matter.


                Respectfully submitted,


                /s/ Don M. Richard
                DON M. RICHARD, ESQ.
                Bar Roll No. 11226
                MICHAEL H. ELLIS, ESQ.
                Bar Roll No. 5334
                JULIAN R. MURRAY, JR., ESQ.
                Bar Roll No. 7526
                Chehardy, Sherman, Ellis, Murray, Recile, Griffith,
                Stakelum & Hayes, LLC
                One Galleria Boulevard
                Suite 1100
                Metairie, LA 70001
                (504)833-5600
                E-Mail: dmr@chehardy.com

                KENNETH T. WATKINS, ESQ.
                Watkins, Walker & Eroche
                501 Roussell Street
                Post Office Box 5095
                Houma, LA 70361-5095

                RON KURZMAN
                Of Counsel
                305 Broadway, 7th Floor
                New York, NY 10007

                Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2009, I electronically filed the foregoing Voluntary Dismissal by Plaintiff Without A Court Order Pursuant to Rule 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Don M. Richard
**DON M. RICHARD, ESQ.**
**Bar Roll No. 11226**
**Chehardy, Sherman, Ellis, Murray, Recile,**
**Griffith, Stakelum & Hayes, L.L.P.**
**One Galleria Boulevard, Suite 1100**
**Metairie, LA 70001**
**Office: (504)833-5600**
**Fax: (504)833-8080**
**E-mail: dmr@chehardy.com**