UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENE P. BONVILLAIN, in his capacity as** | * | **Civ. No. 09-3540; C(2)** |
| **ASSESSOR for the PARISH OF TERREBONNE,** | | **and other consolidated cases** |
| **STATE OF LOUISIANA,** | * | |
| | | **Re: Civ. No. 09-5805; C(2)** |
| **Plaintiff** | * | |
| | | |
| **v.** | * | |
| | | |
| **LOUISIANA LAND & EXPLORATION CO., an** | * | |
| **entity organized under the laws of a state other** | | **JURY TRIAL** |
| **than Louisiana and a wholly owned subsidiary** | * | **DEMANDED** |
| **of CONOCOPHILLIPS, a Delaware Corporation,** | | |
| **DONNA K. LAURENCE, and NANCY DePAUL,** | * | |
| | | |
| **Defendants** | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF WITHOUT A COURT ORDER PURSUANT TO RULE 41 (a)(1)(A)(i)**

**NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gene Bonvillain, in his capacity as Assessor for the Parish of Terrebonne, State of Louisiana, and files this Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing this action against DESCO Oil Co., an entity organized under the laws of a state other than Louisiana, and Richard L. Davis, without prejudice. Counsel shows that Plaintiff has not been served with either an Answer or Motion for Summary Judgment, or any other**

motions.

    This Voluntary Dismissal applies only to Civil Action No. 09-5805 and none of the other

consolidated cases in this matter.


                    Respectfully submitted,



                    /s/ Don M. Richard
                    DON M. RICHARD, ESQ.
                    Bar Roll No. 11226
                    MICHAEL H. ELLIS, ESQ.
                    Bar Roll No. 5334
                    JULIAN R. MURRAY, JR., ESQ.
                    Bar Roll No. 7526
                    Chehardy, Sherman, Ellis, Murray, Recile, Griffith,
                    Stakelum & Hayes, LLC
                    One Galleria Boulevard
                    Suite 1100
                    Metairie, LA 70001
                    (504)833-5600
                    E-Mail: dmr@chehardy.com

                    KENNETH T. WATKINS, ESQ.
                    Watkins, Walker & Eroche
                    501 Roussell Street
                    Post Office Box 5095
                    Houma, LA 70361-5095

                    RON KURZMAN
                    Of Counsel
                    305 Broadway, 7th Floor
                    New York, NY 10007

                    Counsel for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 19, 2009, I electronically filed the foregoing

Voluntary Dismissal by Plaintiff Without A Court Order Pursuant to Rule 41(a)(1)(A)(i) with

the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing

to all counsel of record.

/s/ Don M. Richard
DON M. RICHARD, ESQ.
Bar Roll No. 11226
Chehardy, Sherman, Ellis, Murray, Recile,
Griffith, Stakelum & Hayes, L.L.P.
One Galleria Boulevard, Suite 1100
Metairie, LA 70001
Office:  (504)833-5600
Fax:     (504)833-8080
E-mail: dmr@chehardy.com