UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENE P. BONVILLAIN, in his capacity as ASSESSOR for the PARISH OF TERREBONNE, STATE OF LOUISIANA** | * * * | **CIVIL ACTION** <br><br> **NO. 09-03540; C(2)** <br> **And other consolidated Cases** |
| **versus** | * | **Re: No. 09-5782; C(2)** |
| **LOUISIANA LAND & EXPLORATION CO.**, an entity organized under the laws of a state other than Louisiana and a wholly owned subsidiary of **CONOCOPHILLLIPS**, a Delaware Corporation, **DONNA K. LAURENCE, and NANCY DePAUL** | * | |

## JEFFERY D. HILDEBRAND'S REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Jeffery D. Hildebrand ("Mr. Hildebrand") who, in accordance with Local Civil Rule 78.1E, respectfully requests oral argument on the Motion to Dismiss Pursuant to Rule 12(b)(2) (the "Motion") filed on his behalf in this consolidated matter.  The Hearing on this Motion is currently scheduled for December 9, 2009, at 9:30 a.m.  Mr. Hildebrand respectfully submits that oral argument will greatly assist the Court in resolving the numerous issues raised by this Motion and supporting

-2-

memorandum, and similarly filed motions, and will also provide the Court with an opportunity to raise any questions it may have regarding the parties' arguments.

        Respectfully submitted,

          /s/Kelly B. Becker
        Joe B. Norman (Bar #8160)
        Cheryl M. Kornick (Bar #19652)
        K. Todd Wallace (Bar #25920)
        Kelly B. Becker (Bar #27375)
        LISKOW & LEWIS
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana  70139-5099
        Telephone:  (504) 581-7979
        Facsimile:  (504) 556-4108

        Attorneys for Jeffery D. Hildebrand

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for all other parties.

          /s/Kelly B. Becker