UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENE P. BONVILLAIN, in his capacity as ASSESSOR for the PARISH OF TERREBONNE, STATE OF LOUISIANA** | * | **CIVIL ACTION** |
| | * | **NO. 09-03540; C(2)** And other consolidated Cases |
| **versus** | * | |
| | | Re:  Nos.  09-5781; C(2)    09-5782; C(2) |
| **LOUISIANA LAND & EXPLORATION CO., et al.** | * | 09-5783; C(2)    09-5786; C(2) |
| | | 09-5787; C(2)    09-5793; C(2) |
| | * | 09-5795; C(2)    09-5797; C(2) |

### REQUEST FOR ORAL ARGUMENT ON BEHALF OF H. CRAIG CLARK, JEFFERY D. HILDEBRAND, WILLIAM K. GAYDEN, DAVID A. KERSTEIN, CHARLES T. GOODSON, DAVID H. WELCH, H.B. SALLEE, AND JOHN J. BASSETT

NOW INTO COURT, through undersigned counsel, come defendants H. Craig Clark ("Mr. Clark"), Chief Executive Officer ("CEO") of Forest Oil Corporation ("Forest"); Jeffery D. Hildebrand, CEO of Hilcorp Energy Company ("Hilcorp"); William K. Gayden ("Mr. Gayden"), CEO of Merit Energy Company ("Merit"); David A. Kerstein ("Mr. Kerstein"), CEO of Helis Oil & Gas Company ("Helis"); Charles T. Goodson ("Mr. Goodson"), CEO of Petroquest Energy, Inc. n/k/a Petroquest Energy One, L.L.C. ("Petroquest"); David H. Welch ("Mr. Welch"), CEO of Stone Energy Corporation ("Stone"); H.B. Sallee ("Mr. Sallee"), President of Texas Petroleum Investment Company ("TPI"); and John J. Bassett ("Mr. Bassett"),

CEO of Renaissance Petroleum Company, LLC ("Renaissance") (collectively the "Executive Officers") who, in accordance with Local Civil Rule 78.1E, respectfully request oral argument on the Motion to Dismiss Pursuant to Rule 12(b)(6) (the "Motion") filed on their behalf in this consolidated matter. The Hearing on this motion is currently scheduled for December 9, 2009, at 9:30 a.m. The Executive Officers respectfully submit that oral argument will greatly assist the Court in resolving the numerous issues raised by this Motion and supporting memorandum, and similarly filed motions, and will also provide the Court with an opportunity to raise any questions it may have regarding the parties' arguments.

Respectfully submitted:

  /s/ K. Todd Wallace
Cheryl M. Kornick (Bar #19652)
K. Todd Wallace (Bar #25920)
Kelly B. Becker (Bar #27375)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Phone: (504) 581-7979; Fax: (504) 556-4108

Jason P. Bergeron (Bar #26197)
Vanessa W. Anseman (Bar #28795)
LISKOW & LEWIS
822 Harding Street (P.O. Box 52008)
Lafayette, LA 70505-2008
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

*Attorneys for H. Craig Clark*

Respectfully submitted:

  /s/ K. Todd Wallace
Joe B. Norman (Bar #8160)
Cheryl M. Kornick (Bar #19652)
K. Todd Wallace (Bar #25920)
Kelly B. Becker (Bar #27375)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Phone: (504) 581-7979; Fax: (504) 556-4108

*Attorneys for Jeffery D. Hildebrand*

Respectfully submitted:

  /s/ K. Todd Wallace
Jonathan A. Hunter (Bar #18619)
Cheryl M. Kornick (Bar #19652)
K. Todd Wallace (Bar #25920)
Kelly B. Becker (Bar #27375)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Phone: (504) 581-7979; Fax: (504) 556-4108

*Attorneys for William K. Gayden,
David A. Kerstein, and David H. Welch*

Respectfully submitted:

  /s/ K. Todd Wallace
Cheryl M. Kornick (Bar #19652)
K. Todd Wallace (Bar #25920)
Kelly B. Becker (Bar #27375)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Phone: (504) 581-7979; Fax: (504) 556-4108

*Attorneys for Charles T. Goodson,
H.B. Sallee, and John J. Bassett*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for all other parties.

                                        /s/ K. Todd Wallace

795672_1