UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENE P. BONVILLAIN, in his capacity as ASSESSOR for the PARISH OF TERREBONNE, STATE OF LOUISIANA,** | * * | Civ. No. 09-3540; C(2) and other consolidated cases |
| | | Re: Civ. No. 09-5797; C(2) |
| **Plaintiff** | * | |
| v. | * | |
| **LOUISIANA LAND & EXPLORATION CO.,** an entity organized under the laws of a state other than Louisiana and a wholly owned subsidiary of CONOCOPHILLIPS, a Delaware Corporation, **DONNA K. LAURENCE, and NANCY DePAUL,** | * * * | **JURY TRIAL DEMANDED** |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF WITHOUT A COURT ORDER PURSUANT TO RULE 41 (a)(1)(A)(i)**</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gene Bonvillain, in his capacity as Assessor for the Parish of Terrebonne, State of Louisiana, and files this Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing this action against Renaissance Petroleum Co., LLC, an entity organized under the laws of a state other than Louisiana, and John J. Bassett without prejudice. Counsel shows

that Plaintiff has not been served with either an Answer or Motion for Summary Judgment.

This Voluntary Dismissal applies only to Civil Action No. 09-5797 and none of the other consolidated cases in this matter.

        **Respectfully submitted,**

        **/s/ Don M. Richard**
        **DON M. RICHARD, ESQ.**
        **Bar Roll No. 11226**
        **MICHAEL H. ELLIS, ESQ.**
        **Bar Roll No. 5334**
        **JULIAN R. MURRAY, JR., ESQ.**
        **Bar Roll No. 7526**
        **Chehardy, Sherman, Ellis, Murray, Recile, Griffith,**
        **Stakelum & Hayes, LLC**
        **One Galleria Boulevard**
        **Suite 1100**
        **Metairie, LA 70001**
        **(504)833-5600**
        **E-Mail: dmr@chehardy.com**

        **KENNETH T. WATKINS, ESQ.**
        **Watkins, Walker & Eroche**
        **501 Roussell Street**
        **Post Office Box 5095**
        **Houma, LA 70361-5095**

        **RON KURZMAN**
        **Of Counsel**
        **305 Broadway, 7th Floor**
        **New York, NY 10007**

        **Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2010, I electronically filed the foregoing Voluntary Dismissal by Plaintiff Without A Court Order Pursuant to Rule 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Don M. Richard
DON M. RICHARD, ESQ.
Bar Roll No. 11226
Chehardy, Sherman, Ellis, Murray, Recile,
Griffith, Stakelum & Hayes, L.L.P.
One Galleria Boulevard, Suite 1100
Metairie, LA 70001
Office:  (504)833-5600
Fax:     (504)833-8080
E-mail: dmr@chehardy.com