# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK



July 20, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 10-30810,   Gene Bonvillain v. LA Land & Exploration Co, et al
                USDC No. 2:09-CV-3540

Enclosed, for the Eastern District of Louisiana, New Orleans
only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans
only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

cc:  (letter only)
     Honorable Helen Ginger Berrigan
     Mr. Jesse Roland Adams III
     Mr. Robert S. Angelico
     Ms. Kelly Brechtel Becker
     Mr. James C. Exnicios
     Mr. Stephen Joseph Haedicke
     Mrs. Pauline Fransen Hardin
     Mr. C Peck Hayne Jr.
     Ms. Emma J. Hinnigan
     Mr. Jonathan Andrew Hunter
     Ms. Cheryl Mollere Kornick
     Mr. Matthew David Lane Jr.
     Mr. Douglas C. Longman Jr.
     Mr. John Mason McCollam
     Mr. Joe B. Norman
     Mr. Thomas Gordon O'Brien
     Mr. Don M. Richard
     Mr. George Hardy Robinson Jr.
     Ms. Carmen Marie Rodriguez
     Mr. Gregory Fortier Rouchell
     Mr. Lawrence P. Simon Jr.
     Mr. Kenneth Todd Wallace
     Mr. Walter Rimmer Woodruff Jr.

P.S. to Judge Berrigan:  A copy of the opinion was sent to your
office via email the day it was filed.